Same case below, 581 F.3d 467.

**No. 09-904. South West Sand & Gravel, Inc., Petitioner v. Central Arizona Water Conservation District.**

559 U.S. 1008, 130 S. Ct. 1937, 176 L. Ed. 2d 367, 2010 U.S. LEXIS 2576.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

Same case below, 221 Ariz. 309, 212 P.3d 1.

**No. 09-909. Kevin Davis, et al., Petitioners v. United States.**

559 U.S. 1008, 130 S. Ct. 1906, 176 L. Ed. 2d 367, 2010 U.S. LEXIS 2617.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 597 F.3d 646.

**No. 09-921. Elmo Greer & Sons Construction Company, Inc., Petitioner v. David Goff, et al.**

559 U.S. 1008, 130 S. Ct. 1910, 176 L. Ed. 2d 367, 2010 U.S. LEXIS 2621.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Tennessee, Eastern Division, denied.

Same case below, 297 S.W.3d 175.

**No. 09-926. Robert Harper, Petitioner v. Tom Dart, Sheriff, Cook County, Illinois, et al.**

559 U.S. 1008, 130 S. Ct. 1910, 176 L. Ed. 2d 367, 2010 U.S. LEXIS 2675.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 581 F.3d 511.

**No. 09-927. Kevin L. Hinson, Petitioner v. United States.**

559 U.S. 1008, 130 S. Ct. 1910, 176 L. Ed. 2d 367, 2010 U.S. LEXIS 2672.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 585 F.3d 1328.

**No. 09-932. Marlene Betz, Petitioner v. Janet Napolitano, Secretary of Homeland Security.**

559 U.S. 1008, 130 S. Ct. 1911, 176 L. Ed. 2d 367, 2010 U.S. LEXIS 2676.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 578 F.3d 929.

**No. 09-933. Janeen Miller, et al., Petitioners v. Kristen Nichols, et al.**

559 U.S. 1008, 130 S. Ct. 1911, 176 L. Ed. 2d 367, 2010 U.S. LEXIS 2677.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 586 F.3d 53.